UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIFONE SYSTEMS, INC.,<br>　　　　Petitioner,<br>　　v.<br>GILARDI & CO. LLC, et al.,<br>　　　　Respondents. | Case No. 15-cv-05432-JCS<br><br>**ORDER REGARDING RESPONSE TO EX PARTE APPLICATION**<br>Re: Dkt. No. 6 |

On December 2, 2015, the Court granted an ex parte application by VeriFone Systems, Inc. ("VeriFone") seeking issuance of a subpoena pursuant to 28 U.S.C. § 1782 for the production of documents by Respondent Gilardi & Co. LLC ("Gilardi") for use in Israeli litigation. On December 3, 2015, Gilardi filed a "Response" to the application.

It is not clear whether Gilardi's Response seeks any particular action by the Court. Gilardi asserts that the application fails to adequately acknowledge certain documents and information that Gilardi has informally provided to VeriFone, but provides no authority or argument why such cooperation precludes granting a § 1782 application.

Gilardi also asserts that "it appears that VeriFone should have filed its *ex parte* application before the Honorable Edward M. Chen," who presided over a related class action in the United States and retained jurisdiction over implementation, distribution, disposition, construction, enforcement, and administration of the settlement in that case. *See* Response (dkt. 6) at 2. It is not clear that the request at issue here—for discovery related to that settlement, for use in a separate case in Israeli court—falls within Judge Chen's retention of jurisdiction. Even if it does, Gilardi has not presented any argument or authority that the undersigned magistrate judge *lacks* jurisdiction over the application.

To the extent that Gilardi's Response could be construed as a request for the Court to

reconsider its order granting VeriFone's application, the request is DENIED. This Order is without prejudice to any objections Gilardi may have to the subpoena under the Federal Rules of Civil Procedure or other relevant authority. Any further disputes regarding the subpoena should be addressed in a manner consistent with the Court's Standing Order on Discovery Disputes, attached as an exhibit to this Order.

**IT IS SO ORDERED.**

Dated: December 4, 2015

JOSEPH C. SPERO
Chief Magistrate Judge